UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-112 JD |
| | ) | |
| JOHN HODOWANIAC (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 16, 2012 [DE 40]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant John Hodowaniac's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 844(i).

SO ORDERED.

ENTERED:  December 5, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court