UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:12-CR-112 JD |
| ) | |
| MICHAEL HODOWANIAC (02) ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 15, 2012 [DE 37]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Michael Hodowaniac's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 844(i).

SO ORDERED.

ENTERED:   December 5, 2012

/s/ JON E. DEGUILIO
Judge
United States District Court